SEYFARTH SHAW LLP
F. Scott Page (SBN 108515)
spage@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
SAFEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the NORTHERN CALIFORNIA BAKERY AND CONFECTIONARY HEALTH AND WELFARE FUND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY, INC., a California Corporation,<br><br>　　　　　Defendant. | Case No. C 13 0522 JCS<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Judge:　　Joseph C. Spero<br><br>Action Filed: February 6, 2013<br><br>Trial Date:　None Set |

1  Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiff
2  and Defendant hereby stipulate to extend the time within which Defendant has to
3  answer or otherwise respond to the Complaint.
4  Plaintiff filed the Complaint in this action on or around February 6, 2013, and
5  Defendant was served with the Complaint and Summons on or around
6  February 19, 2013.  With this stipulation, Defendant's deadline for answering and or
7  otherwise responding to the Complaint is extended to April 30, 2013.
8  The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is
9  respectfully submitted to the Court for approval without the necessity of a hearing.

DATED:  March 4, 2013        WEINBERG, ROGER & ROSENFELD
                             A Professional Corporation


                             By:  /s/Concepcion E. Lozano-Batista
                                  Concepcion E. Lozano-Batista
                                  Attorneys for Plaintiff


DATED: March 4, 2013         SEYFARTH SHAW LLP


                             By:  /s/F. Scott Page
                                  F. Scott Page
                                  Attorneys for Defendant

Dated: 3/5/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA