BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the NORTHERN CALIFORNIA BAKERY AND CONFECTIONARY HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., a California Corporation,<br><br>Defendant. | No. 13-CV-0522 JSW<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO: THE CLERK OF THE COURT AND DEFENDANT SAFEWAY, INC., A California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference scheduled for May 10, 2013 at 1:30 p.m. be continued for sixty days to allow Plaintiffs and Defendant additional time to continue settlement discussions in this case.

Plaintiffs filed its Complaint in this matter on February 6, 2013. Defendant was served on February 19, 2013. Thereafter, Defendant contacted Plaintiffs' counsel to discuss settlement of the matter. Defendant has reviewed Plaintiffs' audit of their books and records and the auditor is

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

EX PARTE APPLICATION FOR CONTINUANCE OF CMC; [PROPOSED] ORDER
Case No. 13-CV-0522 JSW

currently revising the amounts due and owing based on Defendant's feedback. The parties expect to be able to settle this matter shortly thereafter.

Given these facts, Plaintiffs request that Case Management Conference be continued for sixty days in order to allow the parties additional time to attempt to settle this matter.

The above stated facts are set forth in the accompanying Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: May 3, 2013

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Concepción E. Lozano-Batista*
CONCEPCIÓN E. LOZANO-BATISTA
Attorneys for Plaintiffs

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference for 60 days, or as soon thereafter as a court date is available. In addition, the Court orders: The parties shall appear on July 12, 2013 at 1:30 p.m. in Courtroom 11. The parties joint case management statement shall be due on July 5, 2013. Plaintiffs shall serve this Order on Defendant.

Dated: May 8, 2013

HONORABLE JEFFREY S. WHITE
United States District Court Judge

133406/715442

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

EX PARTE APPLICATION FOR CONTINUANCE OF CMC; [PROPOSED] ORDER
Case No. 13-CV-0522 JSW