1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  DANIEL S. BROME, Bar No. 278915
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone  (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail: clozano@unioncounsel.net
6

7  Attorneys for Plaintiffs

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the NORTHERN CALIFORNIA BAKERY AND CONFECTIONARY HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., a California Corporation,<br><br>Defendant. | No. 13-CV-0522 JSW<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*.  The parties have resolved this matter, and Defendant will be making payment pursuant to the settlement agreement to Plaintiffs.  Said voluntary dismissal without an order of the Court is appropriate, since Defendant has not filed an answer or responsive pleading in this matter.

Pursuant to the resolution of this matter, the parties request that the Court maintain jurisdiction over this case for three (3) months from the date of settlement, June 28, 2013.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
Case No. 13-CV-0522 JSW

A Case Management Conference has been scheduled for July 12, 2013. With this Request for Dismissal, Plaintiffs also request that said Case Management Conference be vacated.

Dated: July 5, 2013

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: /s/ Concepcion E. Lozano-Batista
            CONCEPCIÓN E. LOZANO-BATISTA
            Attorneys for Plaintiffs

## [PROPOSED] ORDER

The parties have resolved this matter and requested that this Court maintain jurisdiction over the case. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Order without prejudice. The Court shall maintain jurisdiction over this case until September 28, 2013. The Case Management Conference set for July 12, 2013 is hereby vacated.

Dated: July 8, 2013

        *[signature: Jeffrey S. White]*
        HONORABLE JEFFREY S. WHITE
        United States District Court Judge

133406/724161

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

NOTICE OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
Case No. 13-CV-0522 JSW